UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Nanjing Kaylang Co., Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 24-00045 <br><br> Complaint |

# COMPLAINT

Nanjing Kaylang Co., Ltd.,, ("Kaylang") by and through its attorneys, alleges and states the following claims against the defendant United States.

## ADMINISTRATIVE DETERMINATION TO BE REVIEWED

1. Plaintiff brings this complaint to contest the final scope ruling issued by the U.S. Department of Commerce, International Trade Administration (the "Department"), in the scope inquiry with respect to the Antidumping Duty ("AD") and Countervailing Duty ("CVD") Orders of Wooden Cabinets and Vanities from the People's Republic of China (Kaylang Phragmites). *See* Memorandum from Mary Kolberg, International Trade Compliance Analyst, Office I through Alex

*Nanjing Kaylang Co., Ltd. v. United States*
Court No 24-00045
February 20, 2024
Page 2

Villanueva, Senior Director, Office I to James Maeder, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Kaylang Phragmites Final Scope Ruling* (January 12, 2024)('Final Scope Ruling").

## JURISDICTION

2. This action is brought pursuant to the authority of 19 U.S.C. §1516a(a)(2)(B)(vi) to contest the Final Scope Ruling issued by the Department. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1581(c).

## STANDING

3. Plaintiffs are U.S. importers of products subject to the Final Scope Ruling. Plaintiffs participated in the Department's proceeding that results in the challenged determination and is subject to the Final Scope Ruling. Therefore, Plaintiffs are interested parties as described in 19 U.S.C. §1677(9)(A) and has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. §1516a(d).

## TIMELINESS OF THIS ACTION

4. The contested Final Scope Ruling was dated January 12, 2024 and served by express courier on January 17, 2024. Plaintiffs commenced this action by filing a Summons on February 15, 2024, which was within thirty days after the date of

the date of service of the Final Ruling. Plaintiffs are filing this complaint on February 20, 2024, which is within thirty days from the date of the filing of the Summons. Therefore, both the Summons and Complaint have been timely filed pursuant to Rules 3(a)(2) and 6(a) of the Rules of this Court and Section 516A(a)(2)(A)(ii) of the Tariff Act (19 U.S.C. § 1516a(a)(2)(A)(ii).

## STANDARD OF REVIEW

5. This Court reviews final determinations issued by the Department pursuant to 19 U.S.C. §1675(a) to determine whether they are "unsupported by substantial evidence on the record, or otherwise not in accordance with law." 19 U.S.C.§1516a(b)(1)(B)(i).

## BACKGROUND

6. On April 21, 2020, the Department published AD/CVD orders on *Wooden Cabinets and Vanities and Components Thereof* from the People's Republic of China. (85 Fed. Reg. 22126, April 21, 2020).

7. The Department defined the scope of the Wooden Cabinets at the time of the issuance of the order. The relevant language states:

> The merchandise subject to this order consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof. Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board,

*Nanjing Kaylang Co., Ltd. v. United States*
Court No 24-00045
February 20, 2024
Page 4

    block board, particle board, or fiberboard), or bamboo......" See *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Antidumping Duty Order* (Vol. 85, No. 77 / Tuesday, April 21, 2020 / Notices).

8. On February 23, 2023 Kaylang filed its scope ruling.

9. On April 27, 2022 the American Kitchen Cabinet Alliance ("AKCA") filed a response to Kaylang's request for a scope ruling.

10. On May 5, 2023 MasterBrand Cabinets appeared in this matter.

11. On May 11, 2023 Kaylang filed rebuttal comments.

12. On July 5, 2023 the Department issued a supplemental questionnaire to Kaylang.

14. On July 17, 2023 Kaylang filed its response to the supplemental questionnaire.

15. On July 28, 2023 AKCA filed its comments and RFI to Kaylang's supplemental questionnaire response.

16. On January 16, 2024 the Department posted its final scope ruling.

## CLAIMS

### COUNT ONE

23. The allegations of paragraphs 1 through 16 are incorporated by reference and restated as if fully set forth herein

*Nanjing Kaylang Co., Ltd. v. United States*
Court No 24-00045
February 20, 2024
Page 5

24. The scope of an order is defined by the words of the order. Words are to be given their common meaning.

25. The orders on Wooden Cabinets are limited by the words in the scope to articles made of wood and bamboo.

26. The cabinets the subject of this scope ruling are made from Phragmites.

27. Phragmites are not trees nor is the product produced from the Phragmite plant wood.

28. Products made from Phragmites are expressly outside of the scope of the orders.

29. Commerce's determination that cabinets made from Phragmites are within the scope of the wood cabinet order is directly contrary to the language of the order and thus is contrary to law.

## PRAYER FOR RELIEF

WHEREFOR, the plaintiffs respectfully request that this Court enter judgment as follows:

1. Sustaining count one of plaintiffs' complaint;

2. Remanding this matter to the Department of Commerce for issuance of a determination consistent with the decision of this court;

3. Awarding attorney fees and costs; and

*Nanjing Kaylang Co., Ltd. v. United States*
Court No 24-00045
February 20, 2024
Page 6

    4. Providing such other relief as the court may deem just and appropriate.

                              Respectfully submitted,

                              /s/ David J. Craven

                              David J. Craven
                              Craven Trade Law LLC
                              3744 N Ashland
                              Chicago, IL 60613
                              (773) 245-4010
                              dcraven@craventrade.com

                              Counsel to Nanjing Kaylang Co., Ltd.

Date February 20, 2024