**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NANJING KAYLANG CO., LTD., <br><br> Plaintiff, <br> v. <br> UNITED STATES, <br><br> Defendant. | **Court No. 24-00045** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Thomas J. Aquilino, Jr.

    /s/ Mark A. Barnett
Mark A. Barnett
Chief Judge

DATED:   February 28, 2024