UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 1, 2024

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:   *Nanjing Kaylang Co., Ltd., v. United States*, Court No. 24-00045

Dear Mr. Toscano:

In accordance with Rule 73.2(b) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the final scope ruling issued by the Department of Commerce in a scope inquiry concerning the antidumping and countervailing duty orders on Wooden Cabinets and Vanities from the People's Republic of China.

I am also transmitting the certification for the index and the final scope ruling issued as "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Kaylang Phragmites Final Scope Ruling" (Dep't of Commerce January 12, 2024).

Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) is divided into two sections, one listing public documents and the other listing documents with business proprietary information.

If you have any questions concerning this matter, please contact me at (202) 779-3820 or heather.holman@trade.gov.

Respectfully submitted,

/s Heather Holman
Heather Holman
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
April 1, 2024
Page 2

cc:   (with index, certification, and final determination)

David John Craven
Craven Trade Law LLC
3744 N. Ashland Avenue
Chicago, IL 60613
(773) 709-8506
Email: david.craven@tradelaw.com

Ashley Akers
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 353-0521
Fax: (202) 307-0972
Email: ashley.akers@usdoj.gov

Luke Anthony Meisner
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: lmeisner@schagrinassociates.com

Alessandra A. Palazzolo
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: apalazzolo@schagrinassociates.com

Christopher Todd Cloutier
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522

Mr. Mario Toscano
April 1, 2024

    Email: ccloutier@schagrinassociates.com

    Elizabeth Jackson Drake
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: edrake@schagrinassociates.com

    Jeffrey David Gerrish
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Email: jgerrish@schagrinassociates.com

    Justin M. Neuman
    Schagrin Associates
    900 Seventh Street, NW
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: jneuman@schagrinassociates.com

    Michelle Rose Avrutin
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 516-5213
    Fax: (202) 429-2522
    Email: mavrutin@schagrinassociates.com

    Nicholas Joel Birch
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Email: nbirch@schagrinassociates.com

    Nicholas Phillips

Mr. Mario Toscano
April 1, 2024

    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 516-5212
    Fax: (202) 429-2522
    Email: nphillips@schagrinassociates.com

    Roger Brian Schagrin
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: rschagrin@schagrinassociates.com

    Saad Younus Chalchal
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: schalchal@schagrinassociates.com

    William A. Fennell
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: wfennell@schagrinassociates.com