Report generated on: 3/28/2024 4:38:42 PM

# UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

## CASE NUMBER A-570-106 - SCO - Scope Inquiry

### SCO - KAYLANG PHRAGMITES

*Contains Data files*

* Public Document * Public Document * Public Document

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Version | 2/23/2023 | SCOPE_APPLICATION FROM CRAVEN TRADE LAW LLC TO SEC OF COMMERCE<br>PERTAINING TO KAYLANG<br>SCOPE APPLICATION | SCO - Kaylang Phragmites | 4344806-01 |
| 2 Public Document | 2/28/2023 | ENTRY_OF_APPEARANCE FROM CRAVEN TRADE LAW LLC TO SEC. OF COMMERCE<br>PERTAINING TO NANJING KAYLANG CO., LTD<br>ENTRY OF APPEARANCE | SCO - Kaylang Phragmites | 4347715-01 |
| 3 Public Document | 2/28/2023 | APO FROM CRAVEN TRADE LAW LLC TO SEC. OF COMMERCE<br>PERTAINING TO NANJING KAYLANG CO., LTD<br>APO APPLICATION | SCO - Kaylang Phragmites | 4347718-01 |
| 4 Public Document | 3/28/2023 | MEMO FROM USDOC TO FILE<br>PERTAINING TO KAYLANG<br>DEEMED INITIATION | SCO - Kaylang Phragmites | 4358640-01 |
| 5 Public Document | 4/13/2023 | APO FROM USDOC TO FILE<br>PERTAINING TO ALL APO AUTHORIZED APPLICANTS<br>APO | SCO - Kaylang Phragmites | 4365321-01 |
| 6 Public Document | 4/18/2023 | ENTRY_OF_APPEARANCE FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE<br>PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABINE ET AL.<br>ENTRY OF APPEARANCE | SCO - Kaylang Phragmites | 4366969-01 |
| 7 Public Document | 4/18/2023 | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE<br>PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL.<br>APO APPLICATION | SCO - Kaylang Phragmites | 4366970-01 |
| 8 Public Version | 4/27/2023 | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE<br>PERTAINING TO PETITIONER<br>CMTS ON SCOPE APPLICATION | SCO - Kaylang Phragmites | 4370200-01 |

| | | | | |
|---|---|---|---|---|
| 9 Public Document | 5/5/2023 | ENTRY_OF_APPEARANCE FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC. ENTRY OF APPEARANCE | SCO - Kaylang Phragmites | 4373117-01 |
| 10 Public Document | 5/5/2023 | APO FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC. APO APPLICATION | SCO - Kaylang Phragmites | 4373119-01 |
| 11 Public Document | 5/8/2023 | PUBLIC_SERVICE_LIST FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC SERVICE LIST | SCO - Kaylang Phragmites | 4349982-01 |
| 12 Public Document | 5/11/2023 | LETTER FROM CRAVEN TRADE LAW LLC TO SEC OF COMMERCE PERTAINING TO KAYLANG REBUTTAL CMTS ON SCOPE APPLICATION | SCO - Kaylang Phragmites | 4375405-01 |
| 13 Public Document | 5/16/2023 | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL. AMENDED APO APPLICATION | SCO - Kaylang Phragmites | 4377020-01 |
| 14 Public Document | 5/19/2023 | APO FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC. AMENDED APO APPLICATION | SCO - Kaylang Phragmites | 4379130-01 |
| 15 Public Document | 6/15/2023 | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL. AMENDED APO APPLICATION | SCO - Kaylang Phragmites | 4389988-01 |
| 16 Public Document | 7/4/2023 | APO FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC. AMENDED APO APPLICATION | SCO - Kaylang Phragmites | 4398119-01 |
| 17 Public Document | 7/5/2023 | LETTER FROM USDOC TO CURTIS, MALLET-PREVOST PERTAINING TO NANJING KAYLANG SUPPLEMENTAL QNAIRE | SCO - Kaylang Phragmites | 4398728-01 |
| 18 Public Document | 7/7/2023 | MEMO FROM USDOC TO INTERESTED PARTIES PERTAINING TO INTERESTED PARTIES EXTENSION FOR FINAL SCOPE RULING | SCO - Kaylang Phragmites | 4399542-01 |
| 19 Public Document | 7/10/2023 | LETTER FROM CRAVEN TRADE LAW LLC TO SEC OF COMMERCE PERTAINING TO KAYLANG REQ FOR EXT TO SUPP QR | SCO - Kaylang Phragmites | 4400277-01 |
| 20 Public Document | 7/11/2023 | LETTER FROM USDOC TO PERTAINING TO NANJING KAYLANG CO., LTD. EXTENSION TO COMPLETE SUPPLEMENTAL | SCO - Kaylang Phragmites | 4400475-01 |
| 21 Public Document | 7/17/2023 | RESPONSE FROM CRAVEN TRADE LAW LLC TO SEC OF COMMERCE PERTAINING TO KAYLANG SUPP QR | SCO - Kaylang Phragmites | 4403060-01 |
| 22 Public Document | 7/27/2023 | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO PETITIONER (REJECTED) CMTS AND RFI ON SQR NARRATIVE | SCO - Kaylang Phragmites | 4408028-01 |
| 23 Public Document | 7/28/2023 | LETTER FROM USDOC TO SCHAGRIN ASSOCIATES PERTAINING TO PETITIONER REJECTION OF INCORRECT RFI | SCO - Kaylang Phragmites | 4409064-01 |
| 24 Public | 7/28/2023 | REJECTION_MEMO FROM USDOC TO FILE PERTAINING TO PETITIONER | SCO - Kaylang | 4409068-01 |

| | | | | | |
|---|---|---|---|---|---|
| Document | | | REJECTION OF INCORRECT RFI | Phragmites | |
| 25 Public Document | 7/28/2023 | | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO AKCA<br>CMTS AND RFI ON SUPP QR NARRATIVE | SCO - Kaylang Phragmites | [4409172-01](#) |
| 26 Public Document | 7/28/2023 | | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO AKCA<br>CMTS AND RFI ON SUPP QR EXHIBITS 1-11 | SCO - Kaylang Phragmites | [4409172-02](#) |
| 27 Public Document | 8/17/2023 | | APO FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC.<br>AMENDED APO APPLICATION | SCO - Kaylang Phragmites | [4419155-01](#) |
| 28 Public Document | 10/6/2023 | | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL.<br>AMENDED APO APPLICATION | SCO - Kaylang Phragmites | [4443222-01](#) |
| 29 Public Document | 10/23/2023 | | APO FROM WILEY REIN LLP TO SEC. OF COMMERCE PERTAINING TO MASTERBRAND CABINETS, INC.<br>AMENDED APO APPLICATION | SCO - Kaylang Phragmites | [4451499-01](#) |
| 30 Public Document | 1/16/2024 | | DECISION_MEMO FROM USDOC TO DAS FOR OPERATIONS PERTAINING TO INTERESTED PARTIES<br>FINAL SCOPE RULING | SCO - Kaylang Phragmites | [4490857-01](#) |
| 31 Public Document | 2/15/2024 | | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL.<br>AMENDED APO APPLICATION | SCO - Kaylang Phragmites | [4509575-01](#) |
| 32 Public Document | 3/20/2024 | | APO FROM SCHAGRIN ASSOCIATES TO SEC. OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE (AKCA) AMERICAN WOODMARK CORPORATION, BELLMONT CABINET CO., BERTCH CABINET MANUFACTURING, THE CORSI GROUP, CRYSTAL CABINET WORKS, INC., DURA SUPREME CABI ET AL.<br>AMENDED APO APPLICATION | SCO - Kaylang Phragmites | [4528545-01](#) |
| 33 Public Document | 3/20/2024 | | APO_SERVICE_LIST FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES<br>APO SERVICE LIST | SCO - Kaylang Phragmites | [4365328-01](#) |