Report generated on: 3/28/2024 4:26:16 PM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-106 - Wooden Cabinets and Vanities and Components Thereof From People Republic of China

SCO - KAYLANG PHRAGMITES

*Contains Data files*

**\* BPI Documents - May Be Released Under APO \* BPI Documents - May Be Released Under APO**

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1<br>BPI Releasable | 2/23/2023 | SCOPE_APPLICATION FROM CRAVEN TRADE LAW LLC TO SEC OF COMMERCE<br>PERTAINING TO KAYLANG<br>SCOPE APPLICATION | SCO - Kaylang Phragmites | 4344805-01 |
| 2<br>BPI Releasable | 4/27/2023 | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO PETITIONER<br>CMTS ON SCOPE APPLICATION | SCO - Kaylang Phragmites | 4370194-01 |