## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE THOMAS J. AQUILINO, JR., SENIOR JUDGE

|  |  |
|---|---|
| NANJING KAYLANG CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> AMERICAN KITCHEN CABINET ALLIANCE ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Court No. 24-00045 |

## DECLARATION OF MARY KOLBERG

1.  Pursuant to Rule 73.2 of the U.S. Court of International Trade, I, Mary Kolberg, International Trade Compliance Analyst, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the final scope ruling issued in the scope inquiry with respect to the antidumping duty and countervailing duty orders of Wooden Cabinets and Vanities from the People's Republic of China, issued and published as *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Kaylang Phragmites Final Scope Ruling* (Dep't of Commerce January 12, 2024).

2.  To the best of my knowledge, I have included in the administrative record all documents pertaining to the above-referenced proceeding presented to or obtained by the Secretary of Commerce or her delegates during the proceeding.

3.  I have prepared a true and complete copy of the administrative record in the above-referenced proceeding.

4.  The attached index is a complete list of the documents comprising the administrative record in the above-referenced proceeding.

5.  Also attached is a true and complete copy of the final scope ruling issued in the scope inquiry with respect to the antidumping duty and countervailing duty orders of Wooden Cabinets and Vanities from the People's Republic of China, issued and published as *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Kaylang Phragmites Final Scope Ruling* (Dep't of Commerce January 12, 2024).

6.  I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

*Mary Kolberg*                                           Date: 3/28/2024
Mary Kolberg
International Trade Compliance Analyst
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230